

ELECTRONIC

Sep 20, 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

# 13-80192-CR-HURLEY/HOPKINS
CASE NO. _____

21 U.S.C. § 841(a)(1)
21 U.S.C. § 846
21 U.S.C. § 853

**UNITED STATES OF AMERICA,**

v.

**ADAM VASQUEZ,**
**LAURO RIGOBERTO PEREZ, JR., a/k/a "Larry,"**
**MICHAEL A. CORTI, a/k/a "Cracker Mike,"**
**RICHARD W. WILSON, a/k/a "White Boy Rick,"**
**JOHNNY VASQUEZ, a/k/a "J,"**
**JULIO A. CRASPO, a/k/a "Pimp,"**
**REFUGIO LOPEZ,**
**BARRY T. LITTLE,**
**ANDREA M. RIBARIC, and**
**JUSTIN L. HEFFERNAN, a/k/a "Shag Man,"**

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From at least as early as in or around April of 2013, through in or around September of 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ADAM VASQUEZ,**
**LAURO RIGOBERTO PEREZ, JR.,**
**a/k/a "Larry,"**
**MICHAEL A. CORTI,**
**a/k/a "Cracker Mike,"**
**RICHARD W. WILSON,**
**a/k/a "White Boy Rick,"**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

> 21 U.S.C. § 841(a)(1)
> 21 U.S.C. § 846
> 21 U.S.C. § 853

**UNITED STATES OF AMERICA,**

**v.**

**ADAM VASQUEZ,**
**LAURO RIGOBERTO PEREZ, JR., a/k/a "Larry,"**
**MICHAEL A. CORTI, a/k/a "Cracker Mike,"**
**RICHARD W. WILSON, a/k/a "White Boy Rick,"**
**JOHNNY VASQUEZ, a/k/a "J,"**
**JULIO A. CRASPO, a/k/a "Pimp,"**
**REFUGIO LOPEZ,**
**BARRY T. LITTLE,**
**ANDREA M. RIBARIC, and**
**JUSTIN L. HEFFERNAN, a/k/a "Shag Man,"**

**Defendants.**
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From at least as early as in or around April of 2013, through in or around September of 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**ADAM VASQUEZ,**
**LAURO RIGOBERTO PEREZ, JR.,**
**a/k/a "Larry,"**
**MICHAEL A. CORTI,**
**a/k/a "Cracker Mike,"**
**RICHARD W. WILSON,**
**a/k/a "White Boy Rick,"**

**JOHNNY VASQUEZ,**
**a/k/a "J,"**
**JULIO A. CRASPO,**
**a/k/a "Pimp,"**
**REFUGIO LOPEZ,**
**BARRY T. LITTLE, and**
**ANDREA M. RIBARIC,**

did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury, to possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(ii), it is further alleged that this violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack."

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a Schedule II narcotic controlled substance, to wit, oxycodone.

## COUNT 2

On or about April 27, 2013, in Palm Beach County, in the Southern District of Florida, the defendants,

**MICHAEL A. CORTI,**
**a/k/a "Cracker Mike,"**
**and**
**RICHARD W. WILSON,**
**a/k/a "White Boy Rick,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in

2

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 3

On or about May 3, 2013, in Palm Beach County, in the Southern District of Florida, the defendants,

**MICHAEL A. CORTI,**
**a/k/a "Cracker Mike,"**
**and**
**JULIO A. CRASPO,**
**a/k/a "Pimp,"**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack."

## COUNT 4

On or about May 31, 2013, in Palm Beach County, in the Southern District of Florida, the defendants,

**ADAM VASQUEZ,**
**and**
**LAURO RIGOBERTO PEREZ, JR.,**
**a/k/a "Larry,"**

3

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

### COUNT 5

On or about June 21, 2013, in Palm Beach County, in the Southern District of Florida, the defendants,

**MICHAEL A. CORTI,**
**a/k/a "Cracker Mike,"**
**and**
**BARRY T. LITTLE,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

### COUNT 6

On or about June 26, 2013, in Palm Beach County, in the Southern District of Florida, the defendants,

**RICHARD W. WILSON,**
**a/k/a "White Boy Rick,"**
**and**
**ANDREA M. RIBARIC,**

4

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

### COUNT 7

On or about July 3, 2013, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendants,

**JOHNNY VASQUEZ,**
**a/k/a "J,"**
**and**
**REFUGIO LOPEZ,**

did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

### COUNT 8

From on or about June 24, 2013 to on or about June 25, 2013, in Palm Beach County, in the Southern District of Florida, the defendants,

5

**MICHAEL A. CORTI,**
**a/k/a "Cracker Mike,"**
**and**
**JUSTIN L. HEFFERNAN,**
**a/k/a "Shag Man,"**

did knowingly and willfully combine, conspire, confederate and agree with each other and with others known and unknown to the grand jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack."

## FORFEITURE ALLEGATIONS

1.      The allegations of Counts 1 through 8 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which any of the defendants have an interest, pursuant to the provisions of Title 21, United States Code, Section 853(a)(1) and (2).

2.      Upon conviction of any violation of Title 21, United States Code, Sections 846 and 841, the defendants shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds which the defendants obtained, directly or indirectly, as the result of such violations, and any property of the defendants used or intended to be used in any manner or part, to commit, or to facilitate the commission of such violation(s).

All pursuant to Title 21, United States Code, Section 853.

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

SUSAN R. OSBORNE
ASSISTANT UNITED STATES ATTORNEY

7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** _____

## <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>ADAM VASQUEZ</u>_____

<u>Pre-Trial Detention</u>_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:    Susan Osborne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): <u>DEA S/A Devon Robinson</u>_____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS) (ICE)  (**<u>OTHER</u>**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>LAURO RIGOBERTO PEREZ, JR.</u>

<u>Pre-Trial Detention</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Susan Osborne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): <u>DEA S/A Devon Robinson</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS) (ICE) (**<u>OTHER</u>**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: MICHAEL A. CORTI _____

Pre-Trial Detention _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Susan Osborne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   DEA S/A Devon Robinson _____

(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

## <u>BOND RECOMMENDATION</u>

DEFENDANT: RICHARD W. WILSON _____

Pre-Trial Detention _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____

AUSA:   Susan Osborne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   DEA S/A Devon Robinson_____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**<u>OTHER</u>**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: JOHNNY VASQUEZ_____

Pre-Trial Detention_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Susan Osb_____
AUSA:   Susan Osborne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   DEA S/A Devon Robinson_____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS) (ICE) (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: <u>JULIO A. CRASPO_____</u>

<u>Pre-Trial Detention_____</u>
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _____

AUSA:   Susan Osborne


Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):        <u>DEA S/A Devon Robinson_____</u>
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (**<u>OTHER</u>**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CASE NUMBER:** _____

## <u>BOND RECOMMENDATION</u>

DEFENDANT: REFUGIO LOPEZ _____

Pre-Trial Detention _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _Susan Osb_____
AUSA:   Susan Osborne


Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): DEA S/A Devon Robinson _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: BARRY T. LITTLE _____

Pre-Trial Detention _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _____
AUSA:   Susan Osborne


Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): DEA S/A Devon Robinson _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS) (ICE) (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### <u>BOND RECOMMENDATION</u>

DEFENDANT: ANDREA M. RIBARIC _____

Pre-Trial Detention _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Susan Osborne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): DEA S/A Devon Robinson _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS) (ICE) (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: JUSTIN L. HEFFERNAN _____

Pre-Trial Detention _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _Susan Osb_____

AUSA:   Susan Osborne

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s):   DEA S/A Devon Robinson _____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)  (ICE)  (**OTHER**)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| Adam VASQUEZ, et al., | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____Defendants. / | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | |
|---|---|---|
| _____ Miami | _____ Key West | |
| _____ FTL | __X__ WPB | _____ FTP |

New Defendant(s)    Yes _____ No _____
Number of New Defendants _____
Total number of counts _____

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:    (Yes or No)    No
List language and/or dialect    _____

4.    This case will take    __20__    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:

(Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _____ | Petty | _____ |
| II | 6 to 10 days | _____ | Minor | _____ |
| III | 11 to 20 days | __X__ | Misdem. | _____ |
| IV | 21 to 60 days | _____ | Felony | __X__ |
| V | 61 days and over | _____ | | |

6.    Has this case been previously filed in this District Court? (Yes or No)    No
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    Yes
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of    None
Defendant(s) in state custody as of _____
Rule 20 from the _____    District of _____

Is this a potential death penalty case? (Yes or No)    No

7.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    _____ Yes    __X__ No

8.    Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    _____ Yes    __X__ No

_Susan Osb_ (signature)

SUSAN OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No.A5500797

*Penalty Sheet(s) attached

REV 4/8/08

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** ADAM VASQUEZ

**Case No:**_____

Count  #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine, 28 grams or more of cocaine base, and oxycodone

Title 21, United States Code, Sections 846 and 841(a)(1)

\* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count  #: 4

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

\* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** LAURO RIGOBERTO PEREZ, JR., a/k/a "Larry,"

**Case No**:_____

Count  #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine, 28 grams or more of cocaine base, and oxycodone

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a
  $5,000,000 fine

Count  #: 4

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a
  $1,000,000 fine

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## <ins>PENALTY SHEET</ins>

**Defendant's Name:** MICHAEL A. CORTI, a/k/a "Cracker Mike,"

**Case No:**_____

Count  #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine, 28 grams or more of cocaine base, and oxycodone

Title 21, United States Code, Sections 846 and 841(a)(1)

\* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count  #: 2

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

\* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

Count  #: 3

Possession with intent to distribute 28 grams or more of cocaine base

Title 21, United States Code, Section 841(a)(1)

\* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count  #: 5

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

\* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** MICHAEL A. CORTI, a/k/a "Cracker Mike,"

**Case No**:_____

Count  #: 8

Conspiracy to possess with intent to distribute 28 grams or more of cocaine base

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a
  $5,000,000 fine

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** RICHARD W. WILSON, a/k/a "White Boy Rick,"

**Case No**:_____

Count  #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine, 28 grams or more of cocaine base, and oxycodone

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count  #: 2

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

Count  #: 6

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** JOHNNY VASQUEZ, a/k/a "J,"

**Case No**:_____

Count  #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine, 28 grams or more of cocaine base, and oxycodone

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count  #: 7

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** JULIO A. CRASPO, a/k/a "Pimp"

**Case No**:_____

Count  #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine, 28 grams or more of cocaine base, and oxycodone

Title 21, United States Code, Sections 846 and 841(a)(1)

\* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count  #: 3

Possession with intent to distribute 28 grams or more of cocaine base

Title 21, United States Code, Sections 846 and 841(a)(1)

\* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** REFUGIO LOPEZ

**Case No**:_____

Count  #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine, 28 grams or more of cocaine base, and oxycodone

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count  #: 7

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** BARRY T. LITTLE

**Case No**:_____

Count  #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine, 28 grams or more of cocaine base, and oxycodone

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count  #: 5

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** ANDREA M. RIBARIC

**Case No:**_____

Count  #: 1

Conspiracy to possess with intent to distribute 500 grams or more of cocaine, 28 grams or more of cocaine base, and oxycodone

Title 21, United States Code, Sections 846 and 841(a)(1)

* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a $5,000,000 fine

Count  #: 6

Possession with intent to distribute cocaine

Title 21, United States Code, Section 841(a)(1)

* **Max.Penalty**: 0-20 years' imprisonment, 3 years (up to life) supervised release, and a $1,000,000 fine

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**PENALTY SHEET**

**Defendant's Name:** JUSTIN HEFFERNAN, a/k/a "Shag Man,"

**Case No**:_____

Count  #: 8

Conspiracy to possess with intent to distribute 28 grams or more of cocaine base

Title 21, United States Code, Sections 846 and 841(a)(1)

\* **Max.Penalty**: 5-40 years' imprisonment, 4 years (up to life) supervised release, and a
 $5,000,000 fine