AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

SEALED
UNITED STATES MARSHALS SERVICE
SEP 20 2013
701 Clematis Street Suite 215
West Palm Beach, FL 33401

| United States of America | ) |
|---|---|
| v. | ) |
| ADAM VASQUEZ, | ) Case No. 13-80192-Cr-Hurley/Hopkins |
| | ) |
| | ) |
| Defendant | ) |

FILED by _____ D.C.
OCT 0 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ADAM VASQUEZ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to possess with intent to distribute cocaine, cocaine-base, and oxycodone, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and related charges.

Date: 9-19-13

*Issuing officer's signature*

City and state: West Palm Beach, Florida

Dave Lee Brannon, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9-19-13, and the person was arrested on *(date)* 10-3-13
at *(city and state)* Boynton Beach, FL by DEA

Date: 10-4-13

*Arresting officer's signature*

P. Jimenez DUSM
*Printed name and title*

9344656 1304 0920 5152-Z