UNITED STATES DISTRICT COURT
**Southern** DISTRICT OF **Florida**
**Palm Beach** DIVISION

FILED BY ___ D.C.
MAR 0 2 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.PB.

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff - Respondent, ) | USDC Case No: **9:13CR80192-001** |
| ) | |
| vs. ) | |
| ) | |
| **Adam Vasquez**, ) | Hon. **Daniel T. K. Hurley** |
| ) | United States District Judge |
| Defendant - Petitioner. ) | |

### PRO SE MOTION FOR MODIFICATION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

(Retroactive Guideline Amendment 782)

I hereby respectfully request a modification or reduction of my sentence pursuant to 18 U.S.C. §3582(c)(2) and the new guideline amendment 782 to the United States Sentencing Guidelines, which make a reduction in the base offense level for most drug offenses retroactive as of November 1, 2014.

In support of my motion, I state as follows:

1. I am currently serving a federal term of imprisonment.

2. My sentence was based, at least in part on drugs **Yes** (Yes/No)

3. I was sentenced in the **Southern** District of **Florida** by Judge **Daniel T. K. Hurley** on **10/07/14** (date) to a term of **52** months in prison. My total offense level was **22** and my criminal history category was **3**.

4. My projected release date is **2/11/17**.

5.  I hereby request a court appointed attorney __Yes__ (Yes/No) and permission to proceed in forma pauperis.

Signature of Petitioner _Adam Vasquez_ Date: _2/23/15_
Print or Typed Name: _Adam Vasquez_ Reg. No. _04099-104_
Current Address: _FCI Complex (Low) P.O. Box 26020 Beaumont, TX 77720_

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was sent via postage prepaid United States Mail to the Office of the U.S. Attorney for the _Southern_ District of _Florida_ this _23rd_ day of _Febuary_, ~~2014~~ 2015.

Signature: _Adam Vasquez_